FILED
SUPERIOR COURT
OF GUAM

2013 AUG 21 PM 5: 17

CLERK OF COURT

BY:_____

# IN THE SUPERIOR COURT OF GUAM

ANTONETTE DIONE QUINQUE,     )     PROTECTIVE ORDER CASE NO.
                       )           PO0050-13

          Petitioner,       )

              vs.            )

ELIZABETH RENEE CRUZ,       )     **DECISION AND ORDER**
                       )        (Motion to Strike)

          Respondent.    )

                       )

_____)

The matter comes before the HONORABLE MICHAEL J. BORDALLO on Respondent Elizabeth Renee Cruz's Memorandum in Support of Motion to Strike Portions of the Petition or, Alternatively, for a More Definite Statement ("Motion to Strike") filed on April 18, 2013. The Motion to Strike remains unopposed. On March 29, 2013, the Honorable Maria T. Cenzon ("Judge Cenzon") denied Petitioner Antonette Dione Quinque's Ex Parte Application for Temporary Protective Order and Order to Show Cause to Issue to Respondent.

Therefore, this Court **GRANTS** Respondent's Motion to Strike, as the Motion to Strike is unopposed and Judge Cenzon previously denied the protective order.

**SO ORDERED, this** 21 **day of August 2013.**

_____
**HONORABLE MICHAEL J. BORDALLO**
**Judge, Superior Court of Guam**

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

AUG 21 2013

Edna M. Nego
Deputy Clerk, Superior Court of Guam

*Quinque v. Cruz*
Protective Order Case No. PO0050-13
Decision and Order (Motion to Strike)